**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| LINDA A. PORTER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-14-1553 |
| | § | |
| EXXON MOBIL CORPORATION, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

The plaintiff's Unopposed Motion to Reset Scheduling Conference, (Docket Entry No. 10), is granted.  The Scheduling Conference is reset to **October 24, 2014**, at 8:30 a.m.

SIGNED on September 17, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge