United States District Court
Southern District of Texas

**ENTERED**
December 04, 2015
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LINDA A. PORTER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-14-1553 |
| | § | |
| EXXON MOBIL CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## ORDER

In light of the entry of counsel in this case and the production to counsel of the "For Attorney's Eyes Only" documents, the need for *in camera* review is moot.

SIGNED on December 4, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge