United States District Court
Southern District of Texas

**ENTERED**
April 20, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LINDA A. PORTER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-14-1553 |
| | § | |
| EXXON MOBIL CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Linda Porter's motion for extension of time to submit motion for reconsideration is granted. (Docket Entry No. 85). Ms. Porter has until May 13, 2016, to supplement her motion, but she may not duplicate what she has already filed or argued in her extensive submissions. Exxon Mobil may have until June 6, 2016, to respond.

SIGNED on April 20, 2016, at Houston, Texas.

Lee H. Rosenthal
United States District Judge