United States District Court
Southern District of Texas
**ENTERED**
April 20, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LINDA A. PORTER, | § |
| | § |
| Plaintiff, | § |
| | § |
| VS. | § CIVIL ACTION NO. H-14-1553 |
| | § |
| EXXON MOBIL CORPORATION, | § |
| | § |
| Defendant. | § |

## ORDER

The plaintiff filed a motion to receive a copy of the unredacted portions of the February 2, 2016 hearing transcript. (Docket Entry No. 86). The motion is granted.

SIGNED on April 20, 2016, at Houston, Texas.

Lee H. Rosenthal
United States District Judge