United States District Court
Southern District of Texas
**ENTERED**
May 05, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LINDA A. PORTER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-14-1553 |
| | § | |
| EXXON MOBIL CORPORATION, | § | |
| | § | |
| Defendant. | § | |

**AMENDED ORDER**

At the February 2, 2016 hearing on Exxon Mobil Corporation's motion for summary judgment, the parties discussed information that is subject to the court's February 2, 2013 protective order, (Docket Entry No. 26). At the time of the hearing, Linda Porter was represented by counsel. At the hearing, the court ordered that the transcript of the hearing be sealed in order to protect the confidential information. The confidential information was not redacted from the transcript.

On March 8, 2016, the court granted Exxon's motion for summary judgment and entered final judgment. (Docket Entries No. 81, 82). Porter moved for reconsideration of that decision, (Docket Entry No. 90), and moved to receive a copy of the unredacted portions of the transcript of the summary judgment hearing, (Docket Entry No. 86).

The court granted the motion to receive a copy of the unredacted portions of the transcript. (Docket Entry No. 93). Because the transcript has not been redacted, the court now amends its order granting Porter's motion. Exxon has until May 18, 2016 to identify those portions of the transcript it believes should be redacted because they are covered by the court's protective order. Porter's

deadline to supplement her motion for reconsideration is extended to May 25, 2016. Exxon's response to Porter's motion for reconsideration must be submitted by June 16, 2016.

SIGNED on May 5, 2016, at Houston, Texas.

Lee H. Rosenthal
United States District Judge